MARGARET O'CONNOR, as Administratrix of the Estate of BARTON O'CONNOR, Deceased, Appellant, *v.* COMPLETE MACHINERY & EQUIPMENT Co., INC., Respondent.

Argued April 12, 1954; decided May 20, 1954.

*Thomas A. McDonald* for appellant.

*Henry Vollmer, Jr.*, and *Lester H. Chase* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MYRON S. YACHELSON, Appellant.

Argued April 19, 1954; decided May 20, 1954.